# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | Case No.  1:09-mj-084 |
| Gary D. Nygren, ) | |
| ) | |
| Defendant. ) | |

_____

The Government has requested that the Violation Notice P0350613 against Gary D. Nygren be dismissed.  The court **GRANTS** the Government's request and **ORDERS** that the Violation Notice P0350613 be **DISMISSED**.

Dated this 14th day of January, 2010.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge